# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENSON D. EDWARDS,<br><br>    Petitioner,<br><br>v.<br><br>TERRI GONZALEZ, Warden,<br><br>    Respondent. | No. CV 12-2091-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of habeas jurisdiction.

DATED: March 19, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge